**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6041

JACKIE L. GARNER,

Petitioner - Appellant,

versus

HOWARD PAINTER, Warden, Mount Olive Correc-
tional Complex,

Respondent - Appellee.

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Clarksburg.  Irene M. Keeley, District
Judge.  (CA-99-36-1)

Submitted:  April 20, 2000          Decided:  May 12, 2000

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jackie L. Garner, Appellant Pro Se.  Silas Bent Taylor, Deputy At-
torney General, Darrell V. McGraw, Jr., OFFICE OF THE ATTORNEY
GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jackie L. Garner appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Garner v. Painter, No. CA-99-36-1 (N.D.W. Va. Dec. 3, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED